UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CAROL A. LAVERDURE, | ) | CASE NO. C05-1776-RSL-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE FOR |
| | ) | FAILURE TO FILE AN OPENING |
| JO ANNE B. BARNHART, Commissioner of Social Security | ) | BRIEF |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 6, 2006, the court issued an Order advising the parties of the briefing schedule in this Social Security matter. (Dkt. 9) That Order required plaintiff to file an opening brief no later than March 7, 2006. As of today's date, no brief has been received by the court from plaintiff.

It is therefore ORDERED that plaintiff show cause, within fourteen (14) days of the filing of this Order, why the court should not enter a judgment dismissing this case or, alternatively, enter a Report and Recommendation solely on the basis of the administrative record and without the benefit of reviewing briefing from plaintiff.

The clerk shall direct a copy of this Order to counsel for plaintiff and defendant, and to the

ORDER TO SHOW CAUSE FOR
FAILURE TO FILE AN OPENING BRIEF
PAGE -1

01 | Honorable Robert S. Lasnik.

02 |     DATED this  23rd  day of  March, 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE FOR
FAILURE TO FILE AN OPENING BRIEF
PAGE -2