01

02

03

04

05                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
06                                        AT SEATTLE

07   CAROL A. LAVERDURE,                    )    CASE NO. C05-1776RSL
                                            )
08          Plaintiff,                      )
                                            )
09          v.                              )
                                            )    ORDER OF REMAND
10   JO ANNE B. BARNHART, Commissioner      )
     of Social Security                     )
11                                          )
            Defendant.                      )
12   _____ )

13          The Court has reviewed the entire record, including the Administrative Record, the

14   memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge

15   Mary Alice Theiler.  It is therefore ORDERED:

16          (1)    The Court adopts the Report and Recommendation;

17          (2)    The Court REMANDS this matter for an award of benefits; and

18          (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 25th day of July, 2006.

20

21                                          _____
                                            Robert S. Lasnik
22                                          United States District Judge


     ORDER OF REMAND